UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**CONTENTS OF JP MORGAN CHASE BANK, ACCOUNT NO. XXXX6783, IN THE NAME OF HAROLD JOSEPH DOYLE III DBA CHOICE ONE AUTO SALES,**

    **Defendant.**

:
:
:

**Case No. 2:21-cv-3786**
**Judge Sarah D. Morrison**
**Magistrate Judge Deavers**

## OPINION AND ORDER

This matter is before the Court on the United States' Motion for Default Judgment and Decree of Forfeiture pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and 18 U.S.C. § 981(a)(1)(C). After a thorough review of the record, the Court finds the following:

That on June 22, 2021, the United States filed a verified Complaint for Forfeiture *In Rem* in the present action seeking the forfeiture of the Contents of JP Morgan Chase Bank, Account No. xxxx6783, in the Name of Harold Joseph Doyle III DBA Choice One Auto Sales ("the defendant"). (ECF No. 1).

That this action was brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C), which provides for the forfeiture to the United States of:

> Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of . . . any offense constituting "specified unlawful

1

activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

That process was duly issued herein and returned according to law (ECF No. 4);

That notice of the civil forfeiture action against the defendant was given according to law (ECF Nos. 5, 6);

That the Clerk of this Court entered a default against Harold Joseph Doyle III DBA Choice One Auto Sales on September 10, 2021, for failure to plead or otherwise defend as required by law (ECF No. 8);

That no other person or entity is known to the United States to have an interest in the defendant, and no other person or entity has come forward timely to file herein any claim or other pleading within the time fixed by law;

That the allegations of the verified Complaint for Forfeiture *In Rem* are taken as admitted;

That this Court has jurisdiction pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 1345, and 28 U.S.C. § 1355; and

That the defendant is subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), because it constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, or a conspiracy to commit such offense, in violation of 18 U.S.C. § 1349.

NOW THEREFORE, based upon the above findings, and the Court being otherwise fully advised in the matter, it is hereby **ORDERED, ADJUDGED, AND DECREED**:

1. That in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, a default judgment is hereby entered against Harold Joseph Doyle III DBA Choice One Auto Sales and all other persons and entities who might have an interest in the defendant for failure to plead or otherwise defend as required by law.

2. That all right, title, and interest in the defendant, described as:

> **Contents of JP Morgan Chase Bank, Account No. xxxx6783, in the Name of Harold Joseph Doyle III DBA Choice One Auto Sales,**

is hereby CONDEMNED and FORFEITED to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

3. That all right, title, and interest in the defendant is vested in the United States, and no right, title, or interest shall exist in any other person or entity.

4. That the United States shall dispose of the defendant in accordance with the law.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**